UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JERED EDWARDS, on behalf of himself and all others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) HEALTHCARE REVENUE RECOVERY GROUP, LLC, ) ) ) Defendant. ) | Civil Action No. 20-cv-01723 Hon. Mary Rowland |

## STATUS REPORT

Pursuant to the Court's Order of August 12, 2020 (Dkt. No. 22), Plaintiff Jered Edwards, via counsel Mario Kasalo, and Defendant's Counsel Paul Gamboa respectfully submit the following status report:

I. The Nature of the Case

    A. Attorneys of Record

**Plaintiff**
Mario Kris Kasalo
**The Law Office of M. Kris Kasalo, Ltd.**
20 North Clark Street, Suite 3100
Chicago, IL 60602
Tel 312-726-6160
Fax 312-698-5054
mario.kasalo@kasalolaw.com

Celetha Chatman
Michael Wood
*Community Lawyers, LLC.*
20 N. Clark Street, Suite 3100
Chicago, IL 60602
Ph: (312)757-1880
Fx: (312)476-1362
cchatman@communitylawyersgroup.com
mwood@communitylawyersgroup.com

**Defendant**
Paul Gamboa
***Gordon Rees Scully Mansukhani LLP***
One North Franklin, Suite 800
Chicago, IL 60606
Phone: (312) 619-4937
Fax: (312) 565-6511
pgamboa@grsm.com

B. Jurisdiction

    This Court has jurisdiction pursuant to § 1692k(d) of the FDCPA, and 28 U.S.C. § 1331.

C. Claims Asserted In Complaint

    HRRG failed to effectively state the name of the current creditor to whom a debt is owed, in violation of 15 U.S.C. § 1692g(a)(2).

D. Relief Sought Under The FDCPA

    1. Statutory damages pursuant to 15 U.S.C. § 1692k(a)(2);

    2. Costs and reasonable attorney fees pursuant to 15 U.S.C. § 1692k(a)(3); and,

    3. Such other or further relief as this Court deems proper.

E. Major Legal & Factual Issues

    **For The Plaintiff**: Whether Defendant's communications violate the FDCPA; Defendant's net worth and number of members in the putative class, and whether Defendant's affirmative defenses are viable.

    **For the Defendant**: Whether Defendant accurately identified the name of the creditor to whom the debt was owed in its initial communication; whether the FDCPA states how a creditor must be named in order to

        comply with § 1692g; whether the FDCPA defines "name" as "full business name" or "name of incorporation;" whether the hypothetical "least sophisticated consumer" would be confused or misled by the Defendant's communication; whether there are unique, individual differences between Plaintiff and prospective class members, such that there would be an individualized inquiry precluding class certification; whether there is numerosity sufficient for class certification; whether there are other factual or legal issues precluding class certification; whether any or all of Defendant's Affirmative Defenses would defeat Plaintiff's individual and/or class claims.

    F. Defendant has been served.

II. Discovery and Case Plan

    A. The parties anticipate serving requests for production, subpoenas, requests to admit, depositions & interrogatories;

    B. MIDP Responses will be due on October 8, 2020;

    C. Written Discovery will issue on or by October 30, 2020;

    D. Fact Discovery will close on April 2, 2021;

    E. Neither party anticipates calling expert witnesses at this time;

    F. Dispositive Motions will be due May 21, 2021;

    G. Plaintiff does not expect the need for expert discovery;

    H. There are no pending motions.

III. Trial

    A. Plaintiff has demanded a jury;

    B. Parties anticipate being ready for trial by September of 2021;

    C. Plaintiff anticipates trial will take 1-2 days.

IV. Consent and Settlement Discussion

    A. Plaintiff do not unanimously consent to proceed before the Magistrate Judge on all matters;

    B. Defendant provided Plaintiff with certain underlying information and solicited a settlement demand. Plaintiff has subsequently made that settlement demand;

    C. The parties do not request a settlement conference at this time before the Magistrate Judge.

| Counsel for Plaintiff | Counsel For Defendant |
|---|---|
| *s/ Mario Kris Kasalo* <br> Mario Kris Kasalo <br> **The Law Office of M. Kris Kasalo, Ltd.** <br> 20 North Clark Street, Suite 3100 <br> Chicago, IL 60602 <br> Tel 312-726-6160 <br> Fax 312-698-5054 <br> mario.kasalo@kasalolaw.com <br><br> Celetha Chatman <br> Michael Wood <br> Community Lawyers, LLC. <br> 20 N. Clark Street, Suite 3100 <br> Chicago, IL 60602 <br> Ph: (312)757-1880 <br> Fx: (312)476-1362 <br> cchatman@communitylawyersgroup.com <br> mwood@communitylawyersgroup.com <br> *Attorneys for Plaintiff* | *s/Paul Gamboa* <br> Paul Gamboa <br> *Gordon Rees Scully Mansukhani LLP* <br> One North Franklin, Suite 800 <br> Chicago, IL 60606 <br> Phone: (312) 619-4937 <br> Fax: (312) 565-6511 <br> pgamboa@grsm.com |

## CERTIFICATE OF SERVICE

I, Mario Kasalo, an attorney, hereby certify that on September 22, 2020, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all attorneys of record.

**Dated: September 22, 2020**                                                                                     Respectfully submitted,

                                                                                                                  By: */s/ Mario Kris Kasalo*