# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Jered Edwards

             Plaintiff,

v.                      Case No.: 1:20−cv−01723
                        Honorable Mary M. Rowland

Healthcare Revenue Recovery Group, LLC

             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 23, 2020:

  MINUTE entry before the Honorable Mary M. Rowland: The court has reviewed the status report. MIDP Responses will be due on October 8, 2020; Written Discovery will issue on or by October 30, 2020; Fact Discovery will close on April 2, 2021; Neither party anticipates calling expert witnesses at this time. Parties shall file further status report updating the court on the status of discovery and whether a settlement conference would be productive by 12/11/20. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.