UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JERED EDWARDS, on behalf ) | |
| of himself and all others similarly situated, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 20-cv-01723 |
| v. ) | |
| ) | |
| HEALTHCARE REVENUE RECOVERY ) | Hon. Mary M. Rowland |
| GROUP, LLC, ) | |
| ) | |
| Defendant. ) | |

## STATUS REPORT

Pursuant to the Court's Order of September 23, 2020 (Dkt. No. 25), Plaintiff Jered Edwards, via counsel, and Defendant's Counsel Paul Gamboa, on behalf of Defendant, respectfully submit the following status report:

A. Attorneys of Record

**Plaintiff**
Mario Kris Kasalo
**The Law Office of M. Kris Kasalo, Ltd.**
20 North Clark Street, Suite 3100
Chicago, IL 60602
Tel 312-726-6160
Fax 312-698-5054
mario.kasalo@kasalolaw.com

Celetha Chatman
Michael Wood
*Community Lawyers, LLC.*
20 N. Clark Street, Suite 3100
Chicago, IL 60602
Ph: (312)757-1880
Fx: (312)476-1362
cchatman@communitylawyersgroup.com
mwood@communitylawyersgroup.com

      **<u>Defendant</u>**
      Paul Gamboa
      ***Gordon Rees Scully Mansukhani LLP***
      One North Franklin, Suite 800
      Chicago, IL 60606
      Phone: (312) 619-4937
      Fax: (312) 565-6511
      pgamboa@grsm.com

B. Progress of Discovery

    1. All parties have exchanged MIDP Responses.

    2. All parties have issued and responded to written discovery.

    3. Plaintiff anticipates taking 1-2 depositions.

    4. Defendant anticipates taking 2-3 depositions.

C. Settlement Conference

    The parties do not request a settlement conference at this time.

    By: <u>/s Mario Kris Kasalo</u>
    **The Law Office of M. Kris Kasalo, Ltd.**
    20 North Clark Street, Suite 3100
    Chicago, IL 60602
    Tel 312-726-6160
    Fax 312-698-5054
    mario.kasalo@kasalolaw.com

    By: <u>/s Paul Gamboa</u>
    Paul Gamboa
    ***Gordon Rees Scully Mansukhani LLP***
    One North Franklin, Suite 800
    Chicago, IL 60606
    Phone: (312) 619-4937
    Fax: (312) 565-6511
    pgamboa@grsm.com

## **CERTIFICATE OF SERVICE**

I, Mario Kasalo, an attorney, hereby certify that on December 11, 2020, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all attorneys of record.

**Dated: December 11, 2020**                                                                 Respectfully submitted,

                                                                                                                By: */s/ Mario Kasalo*