UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JERED EDWARDS, on behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| | ) | Civil Action No. 20-cv-01723 |
| v. | ) ) | |
| HEALTHCARE REVENUE RECOVERY GROUP, LLC, | ) ) ) | Hon. Mary Rowland |
| Defendant. | ) ) | |

**STATUS REPORT**

Pursuant to the Court's Order of February 16, 2021 (Dkt. No. 38), Plaintiff Jered Edwards, via counsel Celetha Chatman, and Defendant's Counsel Paul Gamboa respectfully submit the following status report:

1. On March 22, 2021 Plaintiff was set to be deposed in this matter.

2. On March 19, 2021 Plaintiff did not show up for his pre-scheduled deposition review, nor did he respond to Plaintiff's counsel attempts to contact him via email and telephone

3. Plaintiff has not to date responded to attempts by his counsel to communicate regarding this case, thus Plaintiff's counsel is unaware of the current status of Plaintiff. (i.e. sick, hospitalized etc.)

4. Plaintiff's counsel thus, request this court stay this matter for 30 days, so Plaintiff's counsel can send notice via certified mail that they will be withdrawing, unless Plaintiff's counsel can re-establish contact, and determine whether or not Plaintiff is willing to prosecute this matter.

5. Defendant objects to Plaintiff's request for a 30 day stay. Defendant has filed a motion sanctions under Federal Rule of Civil Procedure 37(d)(1)(A)(i) requesting dismissal of Plaintiff's claim based on his unreasonable failure to schedule and appear at his own deposition. Defendant made four requests between January 19 and February 11 for Plaintiff's deposition. On February 17, Plaintiff finally provided two dates, both over a month in the future: March 22 and March 29. Defendant promptly confirmed (Monday) March 22. Plaintiff cancelled the deposition on (Friday) March 19 and has failed to provide new proposed dates despite Defendant's requests. Discovery closes on April 2 and Plaintiff has not moved to extend the discovery deadline. Defendant is preparing its motion for summary judgment and intends to file it shortly. A stay based on Plaintiff's own failure to comply with discovery would unfairly prejudice Defendant.

| Counsel for Plaintiff | Counsel For Defendant |
|---|---|
| *s/ Celetha Chatman* | *s/ Chirag Patel* |
| Celetha Chatman | Paul Gamboa |
| Michael Wood | Chirag H. Patel |
| Community Lawyers, LLC. | **Gordon Rees Scully Mansukhani LLP** |
| 20 N. Clark Street, Suite 3100 | One North Franklin, Suite 800 |
| Chicago, IL 60602 | Chicago, IL 60606 |
| Ph: (312)757-1880 | Phone: (312) 619-4937 |
| Fx: (312)476-1362 | Fax: (312) 565-6511 |
| cchatman@communitylawyersgroup.com | pgamboa@grsm.com |
| mwood@communitylawyersgroup.com | cpatel@grsm.com |
| | |
| Mario Kris Kasalo | *Attorneys for Defendant* |
| **The Law Office of M. Kris Kasalo, Ltd.** | |
| 20 North Clark Street, Suite 3100 | |
| Chicago, IL 60602 | |
| Tel 312-726-6160 | |
| Fax 312-698-5054 | |
| mario.kasalo@kasalolaw.com | |

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, Celetha Chatman, an attorney, hereby certify that on March 30, 2021, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all attorneys of record.

**Dated: March 30, 2021**                                                                                           Respectfully submitted,

By: */s/ Celetha Chatman*