# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Jered Edwards

                                           Plaintiff,

v.                                                             Case No.: 1:20−cv−01723
                                                                               Honorable Mary M. Rowland

Healthcare Revenue Recovery Group, LLC

                                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 31, 2021:

      MINUTE entry before the Honorable Mary M. Rowland: The court takes Defendant's motion for sanctions [42] under advisement. No briefing will be set. The matter is stayed until 4/30/21. On that date Plaintiff's counsel is to file a status report indicating whether they have located Plaintiff. If not, the matter will be dismissed for failure to prosecute. Defendant is not to file a motion for summary judgment. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.