IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Jered Edwards
on behalf of himself and all others similarly
situated,

Plaintiff,

v.

Healthcare Revenue Recovery Group, LLC,

Defendant.

Case No. 20-cv-01723
Judge Mary M. Rowland

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes     pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: This case is dismissed with prejudice for want of prosecution.

This action was *(check one)*:

☐ tried by a jury with Judge Mary M. Rowland presiding, and the jury has rendered a verdict.
☐ tried by Judge Mary M. Rowland without a jury and the above decision was reached.
☒ decided by Judge Mary M. Rowland on a motion.

Date: 5/4/2021

Thomas G. Bruton, Clerk of Court

Dawn A. Moreno, Deputy Clerk